UNITED STATES DISTRICT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|        Plaintiff,      ) | |
|      ) | |
| vs.      ) | Docket No. 1:14-cr-83-jgm |
|      ) | |
| KASSIM MARSH,      ) | |
| KALIF BANKS,      ) | |
| ALIQUAN UMSTEAD,      ) | |
| JAHLIL MARSH,      ) | |
| MARQUESE JONES,      ) | |
| MOSES GEYER,      ) | |
| ADAM BROWN,      ) | |
| RICHARD DENISON,      ) | |
|        Defendants.      ) | |

ORDER

On April 23, 2015, counsel for Defendant Jahlil Marsh filed a motion for a 90-day extension of the motions-filing deadline. (Doc. 71.) The Government assents to the extension (Doc. 71 at 2), but the motion is silent as to the position of the co-defendants. No oppositions have been filed and the deadline for doing so has expired. On May 6, 2015, counsel for Defendant Adam Brown filed a similar motion for a 90-day extension, unopposed by the Government. (Doc. 77.)

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interest of the Defendants and the public in a speedy trial. Additional time is required to review voluminous discovery and to conduct research and investigation. Furthermore, counsel need time to accurately convey the status of discovery and options for pretrial motions to Defendants. Denial of an extension of

time would deny counsel for the Defendants, exercising due diligence, reasonable time necessary for effective preparation.

The Defendants recognize that any additional time granted will be excluded from calculation under the Speedy Trial Act.

Accordingly, Defendants' motions are GRANTED. Pretrial motions shall be filed on or before August 10, 2015.

It is FURTHER ORDERED that the period of delay resulting from the continuance shall be excludable in computing the time in which the trial in this cause must commence pursuant to this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded as directed above shall commence on April 23, 2015 and continue through August 10, 2015.

This extension shall apply to all co-defendants.

Dated at Brattleboro, in the District of Vermont, this 8th day of May, 2015.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge